```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATLANTIC NEUROSURGICAL
SPECIALISTS, PA,

      Plaintiff,

-against-

OXFORD HEALTH PLANS, INC., et al.,

      Defendants.

20-CV-4005 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court conducted a status conference on November 18, 2020. Counsel for defendants attended but counsel for plaintiff did not, despite attempts by defendant's counsel (and chambers staff) to reach him. For the reasons stated on the record during the conference, it is hereby ORDERED that Judge Moses will conduct a further status conference on **December 7, 2020 at 11:00 a.m.** At that time, the parties are directed to call **(888) 557-8511** and enter the access code **7746387**. In advance of the conference, and no later than **December 3, 2020**, the parties shall file a joint status letter updating the Court on the status of discovery (succinctly stating each side's position with respect to any dispute), and informing the Court as to the status of settlement negotiations, including whether they believe that a judicially supervised settlement conference or a mediation referral would be productive.

Dated: New York, New York
       November 19, 2020

                              **SO ORDERED**.

                              **BARBARA MOSES**
                              United States Magistrate Judge